UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-22148- CIV-MGC

LILIA GOMEZ,

   Plaintiff,

vs.

UNITED STATES OF AMERICA,

   Defendant.

_____/

## ANSWER TO COUNTERCLAIM

The Counterclaim Defendant, Lilia Gomez, hereby answers the United States of America's Counterclaim as follows:

1. Counterclaim Defendant as defined above admits the allegations of paragraphs 1, but denies that United States is entitled to any relief.

2. Counterclaim Defendant as defined above admits the allegations of paragraphs 2, 4, 5, 6, 8, 15, 22, 23, 24, 25, 33, 34, 35, 45, and 60.

3. In answer to allegations of paragraphs 3, 16, 17, 18, 38 Counterclaim Defendant defined above lacks knowledge or information sufficient to form a belief as to the truth of said allegations, and on that basis denies said allegations.

4. Counterclaim Defendant as defined above denies the allegations of paragraphs 20, 21, 27, 28, 29, 30, 31, 43, 44, 49, 53, 56, 59 and 62.

5. The allegations contained in paragraphs 10, 11, 12, 13, 14, 58 and 61 is a legal conclusion to which no response is required.

6. In answer to allegations of paragraphs 19, 26, 40, 41, and 42, Counterclaim Defendant as defined above denies the allegations therein. Counterclaim Defendant denies all other characterizations, averments, allegations, and legal conclusions contained in paragraphs 19, 26, 40, 41, and 42 to the extent that any response is required.

7. In answer to allegations of paragraph 32, Counterclaim Defendant as defined above denies the allegations therein. Counterclaim Defendant responds that based upon the IRS's notice of assessment dated May 25, 2007, Revenue Agent Joanne Leavitt interviewed approximately only 9 taxpayers of the purported 1284 taxpayers for which Counterclaim Defendant filed amended tax returns. Even out of those 9 in person audits delineated in the IRS's May 20, 2005 notice of assessment, only one (1) return allegedly related to an amended 1040X return and only two (2) returns related to the educational credit.

8. In answer to allegations of paragraphs 36 and 37 Counterclaim Defendant denies any and all characterizations, averments, allegations and legal conclusions contained therein. Counterclaim Defendant's former counsel insisted that such invocation be made.

9. In answer to allegations of paragraph 39, Counterclaim Defendant denies any and all characterizations, averments, allegations and legal conclusions contained therein. As to the remaining allegations, Counterclaim Defendant responds an input error caused the last 2 digits of my PTIN to be transposed when it was entered upon the initial computer setup. The computer was subsequently changed and when the setup data was re-entered it was keyed correctly.

10. In answer to allegations of paragraphs 7, 45, 46, 47, 48, 51, 52, 54, and 55 Counterclaim Defendant admits that pubic recorded documents filed in another proceeding in this district speak for themselves. Counterclaim Defendant denies any and all other

characterizations, averments, allegations and legal conclusions contained in paragraphs 45, 46, 47, 48, 51, 52, 54, and 55 to the extent that any response is required.

11. In answer to allegations of paragraph 50, Counterclaim defendant admits that she sold her business. Counterclaim defendant denies the remaining allegations of paragraph 50.

12. In answer to allegations of paragraph 57, Counterclaim Defendant admits that the May 25, 2007 notice of assessment sent by Revenue Agent Joanne Levitt speaks for itself, but denies any and all liability and any and all penalties.

## AFFIRMATIVE DEFENSES

1. Counterclaimant's Counterclaim fails to state a claim upon which relief may be granted.

2. Counterclaimant United States is not entitled to a penalty in the amount it seeks, or in any amount whatsoever.

3. Counterclaim Defendant as defined above sets forth as an affirmative defense all of the allegations of its complaint herein.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the clerk of Court and counsel of record, BRIAN R. HARRIS, U.S. Department of Justice, Post Office Box 14198, Ben Franklin Station, Washington, D.C. 20044 on this 5th day of January 2009 using the Court's CM/ECF filing system.

Respectfully Submitted,

/s/ROBERT INGHAM_____
Robert Ingham, Esquire
FBN:  21721
INGHAM & ASSOCIATES, P.A.
175 SW 7TH Street, Ste. 1516
Miami, Florida 33130
Tel. 786-539-5266
Fax 786-539-5268
Robert.Ingham@InghamPA.com